UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | 3:02cr176 (SRU) |
| RONNIE JAMES | |

## SCHEDULING ORDER

As a result of the remand from the Court of Appeals, I intend to consider whether I would have imposed a non-trivially different sentence in this case if the Sentencing Guidelines had been advisory. That consideration will include a review of the pre-sentence report and the transcript of the sentencing hearing conducted on September 29, 2003.

If counsel wish to file written submissions concerning whether I should have imposed a non-trivially different sentence, they should file simultaneous submissions on or before June 29, 2005. If the defendant wishes to avoid resentencing, he should promptly notify the court that resentencing will not be sought.

It is so ordered.

Dated at Bridgeport, Connecticut, this 31st day of May 2005.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge