FILED

2005 JUN 28 ₽ 12: 08

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

U.S. DISTRICT COURT
PORT. CON

---

UNITED STATES OF AMERICA : No. 3:02CR176 (SRU)

v. :

RONNIE JAMES : June 28, 2005

---

## DEFENDANT'S MOTION FOR ENLARGEMENT OF DEADLINE TO SUBMIT SIMULTANEOUS BRIEFS RELATING TO THE RE-SENTENCING OF DEFENDANT

Defendant RONNIE JAMES, by and through his undersigned counsel, respectfully moves this court for a 30 day enlargement of time to July 29, 2005, of the deadline for simultaneous exchange of briefs relating to the re-sentencing of Defendant James. In support of this motion, undersigned counsel provides as follows:

1.     This court has set down June 29, 2005 as the date for simultaneous submissions of briefs relating to the re-sentencing of Defendant James.

2.     Undersigned counsel commenced jury selection in the matter of Emerald Financial Corp. v. Town of Trumbull et al., on the complex litigation docket in Waterbury Superior Court on June 14, 2005. The case is expected to go to the jury today, June 28, 2005.

3.     Undersigned counsel's trial schedule has not permitted completion of the James submission by the currently set deadline.

ORAL ARGUMENT NOT REQUESTED

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969

4.    Undersigned counsel respectfully requests, therefore, that the court enlarge said deadline by 30 days to July 29, 2005.

5.    This date undersigned counsel left a comprehensive voice mail message for AUSA James Filan explaining the basis for this request and seeking the government's position.  As of the time that this motion was dispatched for filing, undersigned counsel had not yet heard back from Mr. Filan, but reasonably believes that the government will have no objection to the requested continuance.

6.    This is defendant's first request for an enlargement of said deadline.

Respectfully submitted,
DEFENDANT RONNIE JAMES

By_____
Robert J. Sullivan, Jr.
LAW OFFICES OF ROBERT SULLIVAN
190 Main Street
Westport, Connecticut 06880
Tel. No. 203/227-1404
Federal Bar No. CT08969

## **CERTIFICATION**

       This is to certify that a copy hereof was mailed on June 28, 2005 to the following:

James Filan, AUSA
Office of U.S. Attorney
915 Lafayette Blvd.
Bridgeport, CT 06604

 

_____
Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969