UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------  :
                                               :
UNITED STATES OF AMERICA       :    No. 3:02CR176 (SRU)
                                               :
v.                                             :
                                               :
RONNIE JAMES                         :    July 28, 2005
                                               :
---------------------------------------------  :

**DEFENDANT'S MOTION FOR ENLARGEMENT OF DEADLINE
TO SUBMIT SIMULTANEOUS BRIEFS
RELATING TO THE RE-SENTENCING OF DEFENDANT**

Defendant RONNIE JAMES, by and through his undersigned counsel, respectfully moves this court for an enlargement of time to August 26, 2005, of the deadline for simultaneous exchange of briefs relating to the re-sentencing of Defendant James. In support of this motion, undersigned counsel provides as follows:

1. July 29, 2005 is the date set for simultaneous submissions of briefs relating to the re-sentencing of Defendant James.

2. Undersigned counsel also has set for that date, however, three deadlines on matters pending in the U.S. Court of Appeals for the Second Circuit. Also due in the Second Circuit this week is a very complicated Joint Appendix on a matter which consists of several lawsuits involving a complex commercial fraud case which has been hard fought for approximately ten years. In addition, undersigned counsel will be away from the office and out of the country from August 4 through August 15, 2005.

ORAL ARGUMENT NOT REQUESTED

-2-

3. Undersigned counsel respectfully requests, therefore, that the court enlarge said deadline to August 29, 2005.

4. AUSA James Filan has no objection to the requested time enlargement.

5. This is defendant's second request for an enlargement of said deadline.

> Respectfully submitted,
> DEFENDANT RONNIE JAMES
>
>
> By_____
>   Robert J. Sullivan, Jr.
>   LAW OFFICES OF ROBERT SULLIVAN
>   190 Main Street
>   Westport, Connecticut 06880
>   Tel. No. 203/227-1404
>   Federal Bar No. CT08969

-3-

**CERTIFICATION**

      This is to certify that a copy hereof was mailed on July 28, 2005 to the following:

James Filan, AUSA
Office of U.S. Attorney
915 Lafayette Blvd.
Bridgeport, CT 06604

                                                        _____
                                                        Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837  Federal Bar No. CT08969