UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------- :
                                               :
UNITED STATES OF AMERICA        :       No. 3:02CR176 (SRU)
                                               :
v.                                             :
                                               :
RONNIE JAMES                        :       August 26, 2005
                                               :
---------------------------------------------- :

**DEFENDANT'S MOTION FOR ENLARGEMENT OF DEADLINE
TO SUBMIT SIMULTANEOUS BRIEFS
RELATING TO THE RE-SENTENCING OF DEFENDANT**

Defendant RONNIE JAMES, by and through his undersigned counsel, respectfully moves this court for an enlargement of time to September 12, 2005, of the deadline for simultaneous exchange of briefs relating to the re-sentencing of Defendant James. In support of this motion, undersigned counsel provides as follows:

1. August 26, 2005 is the date set for simultaneous submissions of briefs relating to the re-sentencing of Defendant James.

2. In finalizing Defendant's presentation, on August 25, 2005, undersigned counsel contacted the office of AUSA James Filan to discuss, inter alia the handling of certain materials which have been sealed since this matter was first heard. Learning that he is away until August 29, 2005, counsel left a voice mail message for him indicating that one additional time enlargement of approximately two weeks would be requested. In the voice mail, counsel observed that from our prior discussions an objection was not anticipated further. Counsel requested that Mr. Filan leave word with his office if he did

ORAL ARGUMENT NOT REQUESTED

-2-

object. Not having heard back from either Mr. Filan or his office, and knowing of no objection which the government may have, I respectfully request that the court enlarge the time to make the subject simultaneous files to September 12, 2005.

3.     This is defendant's third request for an enlargement of said deadline.

>  Respectfully submitted,
>  DEFENDANT RONNIE JAMES
>
>
>  By_____
>    Robert J. Sullivan, Jr.
>    LAW OFFICES OF ROBERT SULLIVAN
>    190 Main Street
>    Westport, Connecticut 06880
>    Tel. No. 203/227-1404
>    Federal Bar No. CT08969

–3–

## **CERTIFICATION**

      This is to certify that a copy hereof was mailed on August 26, 2005 to the following:

James Filan, AUSA
Office of U.S. Attorney
915 Lafayette Blvd.
Bridgeport, CT 06604

                                            _____
                                            Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969