UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


---------------------------------------------    :
                                                 :
UNITED STATES OF AMERICA        :        No. 3:02CR176 (SRU)
                                                 :
v.                                               :
                                                 :
RONNIE JAMES                          :        September 12, 2005
                                                 :
---------------------------------------------    :

**JOINT MOTION FOR ENLARGEMENT OF DEADLINE**
**TO SUBMIT SIMULTANEOUS BRIEFS**
**RELATING TO THE RE-SENTENCING OF DEFENDANT**

Defendant RONNIE JAMES, by and through his undersigned counsel, respectfully moves this court for an enlargement of time to September 26, 2005, of the deadline for simultaneous exchange of briefs relating to the re-sentencing of Defendant James.  In support of this motion, undersigned counsel provides as follows:

1.      September 12, 2005 is the date set for simultaneous submissions of briefs relating to the re-sentencing of Defendant James.  Undersigned counsel's submission is substantially complete.

2.      This date undersigned counsel spoke with AUSA James Filan with respect to the above-referenced matter.  The communication was intended, inter alia, to discuss the handling of confidential material relating to this matter which has, in the past, been handled in camera by this court.

ORAL ARGUMENT NOT REQUESTED

3.    During the course of this communication undersigned counsel explained to Mr. Filan that counsel's presentation will include one or more matters of first impression.  It was agreed that, subject to the court's indulgence, an additional two weeks to make the simultaneous exchange contemplated by the court would aid the parties, with the understanding that the presentation submitted by the government would, likely, need to be supplemented upon receipt of Defendant James' submission

4.    The parties, therefore, jointly request one additional enlargement of time, through and including September 26, 2005.

5.    This is the fourth request for an enlargement of said deadline..

Respectfully submitted,
DEFENDANT RONNIE JAMES


By_____
   Robert J. Sullivan, Jr.
   LAW OFFICES OF ROBERT SULLIVAN
   190 Main Street
   Westport, Connecticut 06880
   Tel. No. 203/227-1404
   Federal Bar No. CT08969

–2–

## **CERTIFICATION**

This is to certify that a copy hereof was mailed on September 12, 2005 to the following:

James Filan, AUSA
Office of U.S. Attorney
915 Lafayette Blvd.
Bridgeport, CT 06604

_____

Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837  Federal Bar No. CT08969