UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------- :
:
UNITED STATES OF AMERICA    :    No. 3:02CR176 (SRU)
:
v.    :
:
RONNIE JAMES    :    September 27, 2005
:
---------------------------------------------- :

**DEFENDANT JAMES' MOTION FOR ONE-DAY ENLARGEMENT OF DEADLINE TO SUBMIT SIMULTANEOUS BRIEFS ADDRESSING CROSBY REMAND**

Defendant RONNIE JAMES, by and through his undersigned counsel, respectfully moves this court for a one-day enlargement of time to September 27, 2005, nun pro tunc to September 26, 2005, of the deadline for simultaneous exchange of briefs addressing the Crosby remand ordered by the United States Court of Appeals for the Second Circuit in the above-referenced criminal matter. In support of this motion, undersigned counsel provides as follows:

1.    Submitted herewith is Defendant James' Brief Addressing Crosby Remand.

2.    September 26, 2005 was the date set for simultaneous submissions of briefs. As is reflected in the brief, a significant portion of the brief seeks remedies which address questions which are novel, or of first impression. In addition, the original proceedings before this court included in-camera proceedings. The research and drafting in this case involved significant effort to properly address the novel issues and to

ORAL ARGUMENT NOT REQUESTED

sufficiently set forth the factual bases for the relief requested, without disclosing information heretofore kept confidential by this court.

    3.    Despite enormous effort, the final version of the brief was not entirely complete by last evening, due to a large number of other briefs and court appearances which are, or have been, simultaneously due.

    4.    This date undersigned counsel left a comprehensive voice mail message for AUSA James Filan explaining the basis for this request, and seeking the government's position. As of the time that this motion was dispatched for filing, undersigned counsel had not yet heard back from Mr. Filan, but reasonably believes the government will have no objection to the requested enlargement of time.

    5.    Defendant James, therefore, by and through undersigned counsel, respectfully requests said one-day time enlargement, through and including September 27, 2005, nun pro tunc to September 26, 2005.

    6.    This is the fifth request for an enlargement of said deadline.

    Respectfully submitted,
DEFENDANT RONNIE JAMES

By_____
Robert J. Sullivan, Jr.
LAW OFFICES OF ROBERT SULLIVAN
190 Main Street
Westport, Connecticut 06880
Tel. No. 203/227-1404
Federal Bar No. CT08969

-2-

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969

-3-

## **CERTIFICATION**

       This is to certify that a copy hereof was mailed on September 27, 2005 to the following:

James Filan, AUSA
Office of U.S. Attorney
915 Lafayette Blvd.
Bridgeport, CT 06604

 

                                                   _____
                                                   Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969