FROM

Drug Enforcement Administration •

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| 1. HOW OBTAINED (Check) | | 2a. FILE NO. | 2b. PROGRAM CODE | 2. G-DEP ID |
|---|---|---|---|---|
| ☐ Purchase  ☑ Seizure  ☐ Free Sample  ☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal)  ☐ Other (Specify) | | 281F-NE-37580 | | |

| 4 RE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| L. dgeport, CT/USA | 01/04/2002 | AARON HARRIS, ET AL. |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| FBI | ☐ Case No.  OR ☐ Seizure No.  No. | | |

| 9. Exhibit No. | 10. FDIN (8 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 1 | | crack cocaine | orange basketballs | 9.3 grams | 9.3 grams | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG ?  ☐ NO (Included above)  ☐ YES (If Yes, enter exhibit no. and describe original container fully).

REMARKS:

Request containers be sent to FBI Laboratory for latent fingerprint examination

Please Expidite analysis due to possible prosecution. please refer
to letter sent to Tom Blackwell Lab Director!!!!!

| 1 | WITNESSED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|---|
| | Patrick D. Ryan | SSA David M. Rhieu |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. No. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. TITLE |
|---|---|---|
| | | |

| 22. SEAL | 23. RECEIVED BY (Signature & Date) | 24. TITLE |
|---|---|---|
| ☐ Broken  ☑ Unbroken | | 3/25/0 | Evidence Tec |

**LABORATORY ANALYSIS/COMPARISON REPORT**

25. ANALYSIS SUMMARY AND REMARKS

Exhibit #1 contains cocaine base

Gross Wt. = 43.3 g    Net Wt. = 5.4 g

Original packaging sent to FBI Laboratory Division for fingerprint examination.

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | WEIGHT PER UNIT ANALYZED | | | 32. TOTAL NET | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 1 | 149521 | cocaine base | 84 | % | | 4.5 g | 4.9 g |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| FLORENCE YOUG | FORENSIC CHEMIST | 3/29/02 |

| 37. APPROVED BY | 38. TITLE | 39. LAB. LOCATION |
|---|---|---|
| THOMAS | | NEW YORK |