UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:02CR176 (SRU) |
| v. | : | |
| RONNIE JAMES, a.k.a. "Black" | : | December 13, 2005 |

MOTION FOR EXTENSION OF TIME

The United States of America, through the undersigned Assistant United States Attorney, respectfully requests an extension of time, nunc pro tunc, of thirty (30) days, up to and including January 12, 2006, within which to respond to the defendant's Brief Addressing Crosby Remand. The reason for this request is that the undersigned is currently responding to a number of pleadings in this and other cases and additional time is needed in order to prepare an adequate response. This is the first request for an extension of time of this deadline.

The undersigned has conferred with counsel for the defendant who stated that he has no objection to the granting of this request.

WHEREFORE, the undersigned respectfully requests that the time within which to respond to the defendant's Brief Addressing <u>Crosby</u> Remand be extended up to and including January 12, 2006.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000
FEDERAL BAR NO. ct15565

CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States mail, postage prepaid, on this date, to:

Robert J. Sullivan, Jr., Esq.
190 Main Street
Westport, CT 06880

Dated at Bridgeport, Connecticut this 13th day of December, 2005.

_____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY