UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------- :
                                               :
UNITED STATES OF AMERICA        : No. 3:02CR176 (SRU)
                                               :
v.                                             :
                                               : July 11, 2006
RONNIE JAMES                    :
                                               :
---------------------------------------------- :

**DEFENDANT'S MOTION FOR LEAVE
TO SUBMIT INTERIM CJA BILLINGS**

Defendant RONNIE JAMES, by and through his undersigned counsel, respectfully moves this court for leave to submit interim CJA billings. In support of this motion, defendant represents:

1. The United States Court of Appeals for the Second Circuit remanded the above-captioned case to this honorable court for further proceedings. Undersigned counsel is, and has been, CJA counsel for defendant James.

2. On September 27, 2005, undersigned counsel submitted to this court Defendant James' Brief Addressing Crosby Remand. The matter is under submission to this court. With the possible exception of updates to reflect modifications in the law, the briefing is complete.

3. Undersigned counsel respectfully submits that this case is an appropriate one for the entry of an order permitting the submission of interim billings.

ORAL ARGUMENT NOT REQUESTED

4. Counsel respectfully requests, therefore, that this court enter an order permitting the submission of interim CJA billings.

    Respectfully submitted,
    DEFENDANT RONNIE JAMES

By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, Connecticut 06880
  Tel. No. 203/227-1404
  Federal Bar No. CT08969

-2-

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2006, a copy of the foregoing document was filed and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

        _____
        Robert J. Sullivan, Jr.
        LAW OFFICES OF ROBERT SULLIVAN
        190 Main St.,   Westport, CT 06880
        Phone:  203/227-1404
        Fax: 203/226-6403
        Federal Bar No. CT08969
        E-mail: rjslaw@optonline.net; rjslawdl@optonline.net

-3-

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969