Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

District of __Connecticut__

__United States__

__Ronnie James__

Docket No.: __3:02cr176 (SRU)__

__Stefan R. Underhill__
(District Court Judge)

Notice is hereby given that __RONNIE JAMES__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [__X__], other [_____] _____
(specify)

entered in this action on __January 22, 2008__.
(date)

Offense occurred after November 1, 1987    Yes [X]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [ ]    Conviction and Sentence [XX]

Date __January 30, 2008__

TO
Office of U. S. Attorney
915 Lafayette Blvd.
Bridgeport, CT 06604

__Robert J. Sullivan, Jr.__
(Counsel for Appellant)

Address __190 Main Street__
__Westport, CT 06880__

Telephone Number: __203/227-1404__

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER    ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ] I am ordering a transcript<br>[XX] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation — No hearing | Prepare transcript of    Dates<br>[ ] Prepare proceedings _____<br>[ ] Trial _____<br>[ ] Sentencing _____<br>[ ] Post-trial proceedings _____ |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [ ] Funds [ ]    CJA Form 24 [ ]

ATTORNEY'S SIGNATURE    DATE __January 30, 2008__

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____    Signature _____<br>(Court Reporter) | | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05